**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**RAYMOND B. BALDWIN,**

    **Plaintiff,**

**v.**                                                                    **Case No: 5:15-cv-594-Oc-34PRL**

**SECRETARY OF VETERANS
AFFAIRS,**

    **Defendant.**

## ORDER

In this action, *pro se* Plaintiff brings suit against the Secretary of Veterans Affairs under The Rehabilitation Act of 1973 for back pay, front pay, and injunctive relief, alleging retaliation and related claims. (Doc. 31). Plaintiff has moved to compel the depositions of two witnesses, Patricia Covington and Dr. Paul Bessette (Doc. 50). Plaintiff also requests a 60 day extension of the discovery deadline, which expired on October 2, 2017. (Doc. 51, 35).

Meanwhile, Defendant has responded and recites that he has no objection to the proposed depositions or the requested extension which the parties agree will be for the purpose of scheduling the depositions of Ms. Covington and Dr. Bessette. Defendant further clarified that the two witnesses are former employees of the Department of Veterans Affairs, and Defendant is unaware of whether they have been properly served.[1] (Doc. 53). Defendant requests that if the discovery

---

[1] In regard to properly serving the proposed witnesses and attempting to schedule their depositions, Plaintiff is cautioned that despite proceeding pro se, he is required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Plaintiff may obtain a copy of the Local Rules from the Court's website (http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled Guide for Proceeding Without a Lawyer, can be located

deadline is extended, that the dispositive motion deadline be extended until 30 days past the close of discovery.

Accordingly, upon due consideration, Plaintiff's motion to compel depositions (Doc. 50) is **DENIED** as moot as the defendant has no opposition to them, though Plaintiff is reminded of his obligation to properly set, notice, and serve subpoenas upon the proposed deponents. Plaintiff's motion for an extension of time to complete discovery (Doc. 51) is **GRANTED**. The discovery deadline is extended until December 6, 2017, and the deadline for dispositive motions and Daubert motions is extended until January 6, 2018. The remaining case management deadlines shall be extended as follows: Motions in Limine due April 30, 2018; Responses due May 14, 2018; Pretrial Stipulation due May 14, 2018; and Final pretrial conference May 21, 2018 at 10:00 a.m. Jury trial set for trial term commencing on June 4, 2018 at 9:30 a.m.

**DONE** and **ORDERED** in Ocala, Florida on October 18, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). Plaintiff should also consult the Middle District of Florida's Discovery Handbook for a general discussion of this District's discovery practices (see http://www.flmd.uscourts.gov/forms/Civil/2015-Civil_Procedure_Handbook.pdf).